NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SHELDON LARRY,          )
                       )
          Appellant,    )
                       )
v.                     )          Case No. 2D19-2474
                       )
STATE OF FLORIDA,       )
                       )
          Appellee.     )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Sheldon Larry, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., and CASE, JAMES R., ASSOCIATE
SENIOR JUDGE, Concur.